IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BAKER FARMS, INC. and )
STEVEN T. BOUZIDEN REVOCABLE )
TRUST, STEVEN T. BOUZIDEN, TRUSTEE, )
on behalf of themselves and all )
others similarly situated, )
 )
             Plaintiffs, )
 )
v. ) Case No. 2016-CV-01133-EFM-TJJ
 )
SANDRIDGE E&P, LLC, )
 )
             Defendant. )

## NOTIC OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Baker Farms, Inc. and Steven T. Bouziden Revocable Trust, Steven T. Bouziden, Trustee, hereby voluntarily dismiss their claims, without prejudice, against Defendant. Defendant has not served an answer or a motion for summary judgment. Accordingly, voluntary dismissal without prejudice under Rule 41 is appropriate.

Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp KS#12350
Barbara C. Frankland KS#14198
Rex A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

*Attorneys for Plaintiffs*

1

# CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

*/s/ Rex A. Sharp*
Rex A. Sharp

2